**Electronically Filed
Supreme Court
SCWC-10-0000219
29-APR-2013
11:35 AM**

SCWC-10-0000219

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

---

STATE OF HAWAI'I, Respondent/Plaintiff-Appellee,

vs.

LANCE PAUL LARSEN, Petitioner/Defendant-Appellant.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-10-0000219; Case No. 3DTA-08-03139)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, Acoba, McKenna, and Pollack, JJ.)

Petitioner/Defendant-Appellant's application for writ

of certiorari filed on March 26, 2013, is hereby rejected.

DATED: Honolulu, Hawai'i, April 29, 2013.

Gary C. Zamber for
petitioner

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Simeon R. Acoba, Jr.

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack

